No. 76–99. OCCIDENTAL LIFE INSURANCE COMPANY OF CALIFORNIA *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. [Certiorari granted, 429 U. S. 1022.] Motion of Texas Association of Business for leave to file a brief as *amicus curiae* granted.

No. 76–143. SPLAWN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. [Certiorari granted, 429 U. S. 997.] Motion of Citizens for Decency Through Law, Inc., for leave to file a brief as *amicus curiae* granted.

No. 76–422. DOTHARD, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY OF ALABAMA, ET AL. *v.* RAWLINSON ET AL. Appeal from D. C. M. D. Ala. [Probable jurisdiction noted, 429 U. S. 976.] Motion of the Attorney General of Alabama for additional time for oral argument denied.

No. 76–444. NORTHEAST MARINE TERMINAL Co., INC., ET AL. *v.* CAPUTO ET AL.; and

No. 76–454. INTERNATIONAL TERMINAL OPERATING Co., INC. *v.* BLUNDO ET AL. Appeals from C. A. 2d Cir. [Certiorari granted, 429 U. S. 998.] Motion of West Gulf Maritime Assn. for leave to file a brief as *amicus curiae* granted.

No. 76–447. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. *v.* BRADLEY ET AL. C. A. 6th Cir. [Certiorari granted, 429 U. S. 958.] Motion of Michigan Education Assn. for leave to file a brief as *amicus curiae* denied.

No. 76–931. STOPS ET UX. *v.* LITTLE HORN STATE BANK. Sup. Ct. Mont. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 76–5206. ROBERTS *v.* LOUISIANA. Sup. Ct. La. [Certiorari granted, 429 U. S. 938.] Motion of Americans for Effective Law Enforcement, Inc., et al., for leave to file a brief as *amici curiae* granted. Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* denied.